UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.: 8:21-cv-01703-TPB-JSS

MARVIN WORRELL,

    Plaintiff,

v.

ENHANCED RECOVERY
COMPANY, LLC,

    Defendant.
_____/

## NOTICE OF MEDIATION

Plaintiff Marvin Worrell and Defendant Enhanced Recovery Company, LLC (collectively, the "Parties") hereby advise this Court that the Parties have agreed upon the selection of **Gregory P. Holder**, to mediate this matter. Mediation has been scheduled for **1:30 p.m.** on **October 11, 2021,** via Zoom or other remote means..

DATED: August 4, 2021

                                              Respectfully Submitted,

                                              /s/ Jibrael S. Hindi
                                            **JIBRAEL S. HINDI, ESQ.**
                                            Florida Bar No.: 118259
                                            E-mail:   jibrael@jibraellaw.com
                                            **THOMAS J. PATTI, ESQ.**
                                            Florida Bar No.: 118377
                                            E-mail:   tom@jibraellaw.com
                                            The Law Offices of Jibrael S. Hindi
                                            110 SE 6th Street, Suite 1744
                                            Fort Lauderdale, Florida 33301
                                            Phone:   954-907-1136
                                            Fax:       855-529-9540

                                            *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 4, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259